UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CORBERA, *as executor of the Estate of Harrison Breedlove*,<br><br>Plaintiff,<br><br>v.<br><br>HENRY JAMES TAYLOR,<br><br>Defendant. | No.  2:21–cv–1998–KJN<br><br>ORDER SETTING STATUS CONFERENCE |

With the reassignment of this case to the undersigned magistrate judge on consent of both parties, pursuant to 28 U.S.C. § 636(c), it is HEREBY ORDERED that:

1. The previously approved limited stay of discovery remains in effect as stipulated by the parties (see ECF No. 9); and

2. A Status (Pretrial Scheduling) Conference is set for **Tuesday, September 6, 2022, at 9:00 a.m.**, in Courtroom No. 25 before the undersigned.

3. Not later than 7 days before the Status Conference, the parties shall file a joint status report addressing the relevant portions of Local Rule 240(a), to facilitate the entry of a pretrial scheduling order.  Therein, the parties may also agree to have the court enter a scheduling order without the need for a hearing.

Dated:  June 2, 2022

corb.1998

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE