UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WESLEY CORBERA, as executor of the estate of Harrison Carmel Breedlove, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY JAMES TAYLOR, COUNTY OF SHASTA, and DOES 1 through 10,<br><br>    Defendants. | No. 2:21-cv-01998 WBS KJN<br><br><br>ORDER |

----oo0oo----

In response to plaintiff's motion for administrative relief (Docket No. 36), on or before November 22, 2022, plaintiff may file a memorandum of additional authorities not to exceed three pages in response to defendants' motion to dismiss. Defendants may file a reply on or before November 24, 2022.

IT IS SO ORDERED

Dated: November 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1