UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WESLEY CORBERA, as executor of the estate of Harrison Carmel Breedlove, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY JAMES TAYLOR, COUNTY OF SHASTA, and DOES 1 through 10,<br><br>    Defendants. | No. 2:21-cv-01998 WBS KJN<br><br><br>ORDER |

----oo0oo----

      The County of Shasta's request for an extension of time to file its reply brief to plaintiff's memorandum of additional authorities is granted. Defendants may file a reply on or before November 29, 2022.

      IT IS SO ORDERED.

Dated: November 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1