1  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
2  NICHOLAS H. PYLE, Bar No. 272466
   nicholas.pyle@bbklaw.com
3  WEILAND CHIANG, Bar No. 309188
   weiland.chiang@bbklaw.com
4  BEST BEST & KRIEGER LLP
   300 South Grand Avenue
5  25th Floor
   Los Angeles, California  90071
6  Telephone:     (213) 617-8100
   Facsimile:     (213) 617-7480
7
   Attorneys for Defendant
8  COUNTY OF SHASTA

9
                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12
   WESLEY CORBERA, as executor of      Case No. 2:21-CV-01998-WBS-
13 the estate of Harrison Carmel              KJN
   Breedlove, Deceased,
14                                     Judge: Hon. William B. Shubb
                Plaintiff,
15                                     Magistrate Judge: Hon.
        v.                                   Kendall J. Newman
16
   HENRY JAMES TAYLOR, COUNTY OF       **STIPULATION TO EXTEND COUNTY
17 SHASTA, and DOES 1 through 10,      OF SHASTA'S TIME TO FILE AN
                                       ANSWER**
18              Defendants.

19                                     Action Filed:  October 28,
                                                        2021
20                                     Trial Date:  None Set

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP

**STIPULATION**

On August 8, 2022, Plaintiff Wesley Corbera ("Plaintiff") filed a First Amended Complaint, adding the County of Shasta (the "County") as a defendant in this action.

On October 11, 2022, the County filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).  On December 12, 2022, the Court heard the County's motion to dismiss, and on December 16, 2022, the Court issued an order denying the County's motion to dismiss.

Under Federal Rule of Civil Procedure 12(a)(4)(A), the County's answer to Plaintiff's First Amended Complaint is due 14 days after notice of the court's order denying the County's motion to dismiss, which would be December 30, 2022.

Due to the schedules of counsel for the County over the holidays, the County requested an extension of time from Plaintiff for the County to respond to the First Amended Complaint to January 13, 2023.  Plaintiff has agreed to the extension.

Based on the foregoing, the parties STIPULATE as follows:

The time for the County to file an answer to the First Amended Complaint shall be extended to January 13, 2023.

BEST BEST & KRIEGER LLP

1     SO STIPULATED.

2

3     Dated:  December 22, 2022          BEST BEST & KRIEGER LLP

4

5                                        By: /s/ Nicholas H. Pyle
                                            CHRISTOPHER M. PISANO
6                                           NICHOLAS H. PYLE
                                            WEILAND CHIANG
7

8     Dated:  December 22, 2022          BRENT & FIOL, LLP

9

10                                       By: /s/ David L. Fiol (as
                                         authorized on December 21, 2022)
11                                          DAVID L. FIOL
                                            MICHAEL KIPP MUELLER
12

13

14        IT IS SO ORDERED.

15    Dated:   December 22, 2022         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28