DAVID L. FIOL [SBN 203546]
Email: dfiol@brentfiol.com
MICHAEL KIPP MUELLER [SBN 299984]
Email: kmueller@brentfiol.com
BRENT & FIOL, LLP
2100 Fourth Street, Suite C-287
San Rafael, CA  94901
Telephone:    (415) 839-8370
*Attorneys for Plaintiff Wesley Corbera*

CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
NICHOLAS H. PYLE, Bar No. 272466
nicholas.pyle@bbklaw.com
WEILAND CHIANG, Bar No. 309188
weiland.chiang@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:(213) 617-8100
Facsimile:(213) 617-7480
*Attorneys For Defendant County Of Shasta*

PAUL GOYETTE (SBN 137250)
GOYETTE, RUANO & THOMPSON
366 Gold Meadow Way, Suite 200
Gold River CA 95670
Telephone:  (916) 851-1900
Facsimile:   (916) 851-1995
Email: paul@grtlaw.com
*Atorneys For Defendant Henry James Taylor*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CORBERA,<br><br>            Plaintiff,<br><br>     vs.<br><br>HENRY JAMES TAYLOR, COUNTY OF SHASTA, DOES 1 THROUGH 10,<br><br>            Defendants. | CASE NO.  2:21-CV-01998-WBS-KJN<br><br>**STIPULATION AND ORDER FOR SCHEDULING OF SETTLEMENT CONFERENCE**<br><br>Conference Date:  February 27, 2023<br>Time:   1:30 pm<br>Judge:  Hon. William B. Shubb<br>Location:  Robert T. Matsui United States Courthouse<br>         501 I Street<br>         Sacramento, CA  95814<br>         Courtroom 5 |

**STIPULATION**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiffs WESLEY CORBERA and defendants HENRY JAMES TAYLOR and COUNTY OF SHASTA (collectively, "Defendants") submit the following stipulation.

WHEREFORE, the parties have agreed to participate in a settlement conference;

WHEREAS, the parties have confirmed availability to conduct a settlement conference before Magistrate Judge Kendall J. Newman on May 10, 2023, at 10:00 a.m.;

Now, THEREFORE, the parties stipulate:

1. To refer the case to Magistrate Judge Kendall J. Newman for a settlement conference; and

2. To schedule a settlement conference before Magistrate Judge Kendall J. Newman on on May 10, 2023, at 10:00 a.m.

IT IS SO STIPULATED.

DATED: _____3-22-23_____        Respectfully Submitted,

BRENT & FIOL, LLP

By:_____
David L. Fiol
*Attorneys for Plaintiff Wesley Corbera*

DATED: _____3-22-23_____

BEST BEST & KRIEGER, LLP

By:____/s/ Nicholas Pyle_____
Christopher Pisano
Nicholas Pyle
*Attorneys for Defendant County of Shasta*

DATED: _____3-22-23_____

GOYETTE, RUANO & THOMPSON

By:_____/s/ Paul Goyette_____
Paul Goyette
*Attorneys for Defendant Henry Taylor*

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The Court:

1. REFERS the case to Magistrate Judge Kendall J. Newman for a settlement conference;

2. SCHEDULES a settlement conference before Magistrate Judge Kendall J. Newman on May 10, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE