DAVID L. FIOL [SBN 203546]
Email: dfiol@brentfiol.com
BRENT & FIOL, LLP
1000 Fourth Street, Suite 580
San Rafael, CA  94901
Telephone:    (415) 839-8370
*Attorneys for Plaintiff Wesley Corbera*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CORBERA,<br><br>         Plaintiff,<br><br>    vs.<br><br>HENRY JAMES TAYLOR, COUNTY OF SHASTA, DOES 1 THROUGH 10,<br><br>         Defendants. | CASE NO.  2:21-CV-01998-WBS-KJN<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

WHEREAS the parties participated in a court-sponsored settlement conference and reached a settlement of all claims against all parties, and all consideration pursuant to said settlement has been paid;

THEREFORE, all parties to this action, by and through their respective counsel of record, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate that this action be DISMISSED WITH PREJUDICE in its entirety, with each party to the action to bear his/its own costs and attorneys' fees.

Dated:  September 15, 2023         Respectfully submitted,
                                   By:    /s/ David L. Fiol
                                         David L. Fiol
                                         *Counsel for plaintiff Wesley Corbera*

Dated:  September 22, 2023_        GOYETTE, RUANO & THOMPSON

By: ___/s/ Derek Ulmer__
Derek Ulmer, Esq.
*Counsel for defendant Henry Taylor*

Dated: September 18, 2023_   BEST BEST & KRIEGER LLP

By: ___/s/ Jeffrey Wilson__
Jeffrey Wilson
*Counsel for defendant County of Shasta*

### ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to close this matter. All other existing dates and deadlines in this matter are hereby vacated.

Dated: September 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE